# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 72ANDSUNNY PARTERS LLC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-4465-CAS-GJSx<br><br>**ORDER**<br><br>Hon. Christina A. Snyder |

Pursuant to the Stipulation filed by the parties, and for good cause shown, IT IS ORDERED that the Parties shall file Cross-Motions for Summary Judgment simultaneously on May 15, 2023, oppositions shall be filed no later than June 14, 2023, replies shall be filed no later than June 28, 2023, and the motions hearing shall be noticed for August 28, 2023, at 10:00 a.m.

Dated: April 14, 2023

_____
Hon. Christina A. Snyder
United States District Judge