JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 72AndSunny Partners LLC, et al., | **Case No: 2:22-cv-04465-CAS-GJSx** |
| Plaintiffs, | Honorable Christina A. Snyder |
| v. | **JUDGMENT** |
| Alejandro Mayorkas, et al., | |
| Defendants. | |

    The cross-motion for summary judgment of the plaintiffs and the defendants, and the parties' respective oppositions thereto, came before the Court on August 28, 2023. The Court, having considered the pleadings and arguments of the parties, and the certified administrative record before United States Citizenship and Immigration Services ("USCIS"), hereby **GRANTS** defendants' motion and **DENIES** plaintiffs' motion.

    The Court finds that plaintiffs failed to establish that USCIS' denial of plaintiffs' I-140 petition for an EB-1 visa on behalf of Francisco Jose Puppio Gonzalez was arbitrary, capricious, contrary to law, or otherwise in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2). Furthermore, the Court finds that the certified

/ / /

administrative record does not compel a result different from that of USCIS in this matter. The parties shall bear their own costs.

      IT IS SO ORDERED AND ADJUDGED.

DATED: August 30, 2023

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE